# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **DONALD ROBILLARD,** <br><br> Defendant. | 18-PO-5136-JTJ <br><br> **VIOLATION:** <br> **6026483** <br><br> Location Code: M13 <br><br> ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6026483 is DISMISSED.

DATED this 9th day of October 2018.

_____
John Johnston
United States Magistrate Judge